## SECOND DEPARTMENT, MARCH, 1975

## (March 3, 1975)

HELEN SCIASCIA, Appellant, v. CHARLES SCIASCIA, Respondent. HELEN SCIASCIA, Respondent, v. CHARLES SCIASCIA, Appellant.— On appeals from (1) an order of the Family Court, Richmond County, entered October 31, 1974, and (2) a judgment of the Supreme Court, Richmond County, entered December 12, 1974, the parties and their respective attorneys have entered into a stipulation, dated January 30, 1975, that the appeals are withdrawn, with prejudice. (See, also, letter of the attorneys for Helen Sciascia to this court, dated February 13, 1975.) In accordance with the foregoing, the appeals are deemed withdrawn, with prejudice and without costs. Gulotta, P. J., Rabin, Hopkins, Martuscello and Benjamin, JJ., concur.

JOSEPH J. ASKIN, as Administrator of the Estate of ROY J. ASKIN, Deceased, Appellant, v. RECORD CONCRETE CUTTING CORP. et al., Defendants, and J. D. POSILLICO, INC., Respondent.— Two orders of the Supreme Court, Nassau County, dated April 24, 1974 and June 21, 1974, respectively, affirmed, with one bill of $20 costs and disbursements. No opinion. Cohalan, Acting P. J., Brennan and Munder, JJ., concur; Shapiro, J., concurs in the affirmance of the orders but, in addition thereto, votes to add thereto a provision that the affirmance is without prejudice to plaintiff's moving at Special Term, if he be so advised, for leave to amend the complaint so as to plead a cause of action based upon the doctrine of third-party beneficiary (*Lawrence* v. *Fox*, 20 N. Y. 268; *Seaver* v. *Ranson*, 224 N. Y. 233).